UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| YAHUDAH WASHITAW OF EASTTERRA INDIANS, DAVID HOSKINS, KERKLON STACKHOUSE, MAURICE STACKHOUSE, Deceased, SHAWN SINGLETARY, <br><br>   Plaintiffs, <br><br> v. <br><br> PHH MORTGAGE CORPORATION, JP MORGAN CHASE Bk, NA, NATIONS STAR, CIT GROUP/SALES FINANCING, INC., STATE OF NORTH CAROLINA, THE UNITED STATES, DKL INVESTMENTS, LLC, <br><br>   Defendants. | **JUDGMENT IN A CIVIL CASE** <br> **CASE NO. 5:17-CV-377-BR** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that JPMorgan's and CIT Group's motions to dismiss are GRANTED. For the same reasons, plaintiffs fail to state a claim against the remaining defendants. This action is DISMISSED WITH PREJUDICE. JPMorgan's and Nationstar's motions to dismiss the initial complaint are DENIED as moot.

**This Judgment Filed and Entered on December 21, 2017, and Copies To:**

| | |
|---|---|
| Yahudah Washitaw of EastTerra Indians | (Sent to P.O. Box 668 Maxton, NC 28364 via US Mail) |
| Kerklon Stackhouse | (Sent to P.O. Box 668 Maxton, NC 28364 via US Mail) |
| Shawn Singletary | (Sent to P.O. Box 668 Maxton, NC 28364 via US Mail) |
| Jackson Dennis Wicker | (via CM/ECF electronic notification) |
| Joseph M. Lischwe | (via CM/ECF electronic notification) |
| Scott I. Perle | (via CM/ECF electronic notification) |
| Nathan J. Taylor | (via CM/ECF electronic notification) |

DATE:                    PETER A. MOORE, JR., CLERK

December 21, 2017            (By)  /s/ Nicole Briggeman

                    Deputy Clerk